### MEADER agt. ROSE

John Meader plaint. ag^t Roger Rose Defend^t in an action of the case for not performing a bargain made with s^d Meader last Spring

whereby s$^d$ Rose did engage himselfe to bring for the plaint. from Oyster River about fifteen or Sixteen cord of timber &c. but hath not performed his bargain whereby the plaint. is damnified about five pounds with all other due damages &c. . . . The Jury . . found the case not actionable and gave the Defend$^t$ costs of Court allow$^d$ £.1:4.2.

Execution issued 8$^{br}$ 20$^o$ 77.